UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| HOMETOWN INSURANCE GROUP, LLC and HOLLY M. IRWIN, Executrix of the ESTATE OF CHRISTOPHER VALENTINE,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETOWN INSURANCE SERVICES, LLC; DENNIS SINOR; and KIMBERLY SINOR,<br><br>Defendants. | Civil Action No. 1:23-CV-153-GNS<br><br>CHIEF JUDGE GREG N. STIVERS<br><br>MAGISTRATE JUDGE _____<br><br>JURY DEMAND |

## NOTICE OF REMOVAL

Defendants, Hometown Insurance Services, LLC, Dennis Sinor, and Kimberly Sinor, respectfully file this Notice of Removal, pursuant to 28 U.S.C. § 1446, upon the following grounds:

1. On the evening of October 13, 2023, the Plaintiffs, Hometown Insurance Group, LLC and Holly M. Irwin, Executrix of the Estate of Christopher Valentine, filed a Complaint in the Circuit Court of Warren County, Kentucky against the Defendants Hometown Insurance Services, LLC, Dennis Sinor, and Kimberly Sinor. (Exhibit A, Kentucky Complaint).

2. Earlier on the same day, October 13, 2023, one of the Defendants in the present matter, Hometown Insurance Services, LLC, had filed a Complaint in the Chancery Court of Davidson County, Tennessee against one of the Plaintiffs in the present matter, Hometown Insurance Group, LLC. (Exhibit B, Tennessee Complaint).

3. The Defendants in the present matter were made aware of the Warren County suit via an email communication from Plaintiff's counsel to Defendants' counsel transmitted on October 17,2023.

4. The Complaint filed on behalf of the Plaintiffs alleges that Hometown Insurance Group, LLC is a Kentucky limited liability company, with its principal place of business located at 1711 Destiny Lane, Suite 110, Bowling Green, Kentucky 42104.[1] (Kentucky Complaint ¶ 1).

5. The Complaint filed on behalf of the Plaintiffs alleges that Holly M. Irwin, in her capacity as Executrix of the Estate of Christopher Valentine, is a resident of the Commonwealth of Kentucky. (Kentucky Complaint ¶ 2). The decedent, Christopher Valentine, was a citizen and resident of the Commonwealth of Kentucky and the estate is currently being probated in Warren County, Kentucky.

6. Hometown Insurance Services, LLC is a Tennessee limited liability company, with its principal place of business located at 608 North Main Street, Goodlettsville, Davidson County, Tennessee 37072. Hometown Insurance Services, LLC is a citizen of Tennessee.

7. Dennis Sinor is a citizen and resident of Tennessee and resides at 3670 WS Rawls Road, Springfield, TN 37172.

8. Kimberly Sinor is a citizen and resident of Tennessee and resides at 3670 WS Rawls Road, Springfield, TN 37172.

9. The Complaint filed on behalf of the Plaintiffs repeatedly avers that an amount equal to approximately $182,000.00 remains in controversy. (Kentucky Complaint ¶ 19, 22-24, 29-31, 43).

---

[1] The Complaint includes a Scrivener's error as to the zip code of Hometown Insurance Group, LLC, listing it as "412104."

10. The Complaint filed on behalf of Hometown Insurance Services, LLC in Tennessee includes an *ad damnun* clause seeking damages from Hometown Insurance Group, LLC in the amount of $150,795.84.

11. The amount in controversy of said action exceeds the sum of Seventy-Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs, and this action is wholly between citizens of different states and within the jurisdiction of this Court, pursuant to the provisions of 28 U.S.C. § 1332, and therefore is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq*.

12. This Notice is being filed by the movants within thirty (30) days after receipt by or service of the initial pleadings on movants, and is timely filed pursuant to 28 U.S.C. §§ 1441 and 1446, and Rule 6(a) of the Federal Rules of Civil Procedure.

13. Each Defendant is represented by the same counsel, and the Defendants have consented to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2).

14. By filing this Notice of Removal, the movants do not waive, either expressly or impliedly, their respective rights to assert any available defenses.

15. A true and correct copy of this Notice is being filed with the Circuit Court of Warren County, Kentucky, as required by 28 U.S.C. § 1446(d).

16. Removal to the Bowling Green Division of the United States District Court for the Western District of Kentucky is appropriate, as said division embraces the place where the State Court action is pending. 28 U.S.C. § 1441(a).

WHEREFORE, movants hereby remove the above-identified action to this Court.

Respectfully submitted,

s/Jason K. Murrie
Jason K. Murrie (KBA No. 91460)
CORNELIUS & COLLINS, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
615-244-1440 – Phone
615-254-9477 - Fax
jkmurrie@cclawtn.com
*Attorney for Defendants Hometown Insurance Services, LLC, Dennis Sinor, and Kimberly Sinor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Limited Notice of Appearance has been delivered via the Court's electronic filing system and/or U.S. Mail, postage prepaid, or electronic mail to the following on this 15th day of November, 2023:

Kaitlyn S. Embry
BELL, ORR, AYERS & MOORE, P.S.C.
1010 College Street, P.O. Box 738
Bowling Green, KY 42102
Tel: (270) 781-8111, Fax: (270) 781-9027
embry@boamlaw.com

s/ Jason K. Murrie
Jason K. Murrie