**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| **HOMETOWN INSURANCE GROUP, LLC and HOLLY M. IRWIN, Executrix of the ESTATE OF CHRISTOPHER VALENTINE,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 1:23-CV-00153-GNS** |
| **v.** | ) ) ) | **CHIEF JUDGE STIVERS MAGISTRATE JUDGE BRENNENSTUHL** |
| **HOMETOWN INSURANCE SERVICES, LLC; DENNIS SINOR; and KIMBERLY SINOR,** | ) ) ) ) | **JURY DEMAND** |
| **Defendants.** | ) ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Parties appeared for a Judicial Settlement Conference on February 29, 2024 at the United States Courthouse in Bowling Green, Kentucky, with Magistrate Judge H. Brent Brennenstuhl presiding over the conference. The Parties reached a global settlement resolving all matters and claims between them, with the terms of such settlement being announced on the record; therefore, this matter should be dismissed with prejudice.

It is hereby **ORDERED** that this matter shall stand **DISMISSED** with prejudice.

It is further **ORDERED** that each party shall satisfy their respective costs and fees incurred in this action.

**ENTERED** this:  April 17, 2024

Greg N. Stivers, Chief Judge
United States District Court

HAVE SEEN and AGREED:

/s/ Kaitlyn S. Embry

_____
Kaitlyn S. Embry
BELL, ORR, AYERS, & MOORE, P.S.C
1010 College Street, P.O. Box 738
Bowling Green, KY 42102-0738
TEL: (270) 781-8111
EMAIL: embry@boamlaw.com
*Attorney for Plaintiffs*

/s/ Jason K. Murrie (by KSE with permission)

_____
Daniel P. Berexa
Jason K. Murrie
Cornelius & Collins, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
(615) 244-1440
dpberexa@cclawtn.com
jkmurrie@cclawtn.com
*Attorney for Defendants*

Copies to:      Counsel of Record